PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kwen Y Chun  Cr.: 15-00366-001
PACTS #: 1705191

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/02/2016

Original Offense:   Mail Fraud- 18 U.S.C. § 1341 & 2

Original Sentence: 33 months imprisonment, 24 months supervised release

Special Conditions: $100 Special Assessment, $530,418.34 in Restitution, Substance Abuse Testing/Treatment, Gambling Restrictions, Mental Health Treatment, No New Debt/Credit, Emp. Restriction

Type of Supervision: Supervised Release     Date Supervision Commenced: November 24, 2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   Failed to satisfy restitution

U.S. Probation Officer Action:

Throughout his term of supervised release, Chun paid a total of $1,125. The offender's supervision is due to expire on November 23, 2019, with an outstanding restitution balance of $529,393.34. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

*Elisa Martinez*

By: Elisa Martinez
    Supervising U.S. Probation Officer
Date: 11/15/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] Allow Supervision to Expire as Scheduled on November 23, 2019 (as recommended by Probation Office)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer

Nov. 19 2019
_____
Date